# United States District Court
# For The Western District of North Carolina
# Statesville Division

SHEILA WHEELER JORDAN,

    Plaintiff(s),

vs.

GREEN TREE SERVICING LLC, ET AL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV144

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 1, 2007, Order.

Signed: May 1, 2007

Frank G. Johns, Clerk
United States District Court